Dear abel acosta, my name is Johnny Eugene Davis you are already aware of. I have been recently corresponding the court of criminal appeals. anyway last month the morning hours (4-7-15) I gave a correctional officer at the McConnell unit a indigent correspondence envelope to be mailed by the law library department which contained to Buisness size envelopes with letter(s) to you along with original court (my copy) transcripts I recently wrote to you (court of appeals) with my new address here at TDCJ.

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 08 2015
Abel Acosta, Clerk

I handed the envelope to the officer at mc connell instead of mailing it myself is because I was what the unit (McConnell) calls overflow transient which means that there is no opening in general population to assign you. anyway this housing area is also used to "house" segeragation offenders which means that you were handcuffed at all times when outside of your housing area. this is also why I didn't use a writ folder to mail these documents to you Both envelopes were extremely packaged with numerous documents. I need to have these Documents sent Back to me as soon as possible because I do not have anyway to make copies of them I need these documents for my Personal files as well. I need written confirmation from you stating that you did not recieve these documents & I need these documents →

Returned to me. in my prior letter to you I was not asking for legal advice I just wanted to view my Evidence which was Wrongfully and unconstitutionally Denied to me. also I forgot to state to you as to why my defense attorney "Belittled" me. when I refused Community Supervision for 2 reasons 1. I did not do this offense and with the evidence in your possession and was in possession of Criminal Courts in my county of offense as well will provide proof of this.

2. he stated that the courts did not see where I had been previously been convicted of a felony in the state of texas which I knew different but my defense "attorney took "advantage" of my unstable mind the anti depressant medication I was prescribed by a non licensed mental health provider made my mental Judgement "impared and most important my saying this was Committing Perjury Because I have in fact been Convicted of a felony in the state of Texas. also my low IQ level 84 yes I do have documentation of my IQ level. and the fact that I was not informed what I was signing at the time.

I just wanted him to believe my innocence it is my belief that he was "prejudiced" by the offense and the victim being a young child as well as being my own child. But at the court hearing when he stated "If you say you did it" you will get probation. then after we were alone in the "Chambers" alone I was made to sign the guilty plea agreement a second time I was not informed that this was not standard and would harm my chances at a proper appeal. he just stated well that didn't turn out like I expected it to. then he proceeds to tell me that the Judge stated that the state is "giving" a month a year and I would be home that year (2014). then my appeal attorney Phillip Gregory who only spoke to me one time in person You can verify this. his only statement was "You said you did this right?" and I stated Yes because I really couldn't think of anything at all except that I was going to Prison.

And like I have stated to the courts the evidence that the state of Texas has confirms my innocence yet it takes me coming to Prison getting the proper mental Health medication to "open" my eyes to this fact but yet I'm being "convicted" of being indigent. So please send me the original documents I sent to you or please inform me in writing that you did not recieve these documents and I will file the proper necessary legal action necessary because this evidence that was sent to you shows my innocence the evidence will provide this. I look forward to hearing from you again. I pray that you the courts will not "convict" me because of my lack of funds. If I had the funds I would hire a legal representative to do this. Please Respond to this letter ASAP

Sincerely Johny Daniels.